McCARTHY, JOHNSON & MILLER
    LAW CORPORATION
LORI A. NORD, ESQ., #87993
ANA HALLMON, ESQ., #253309
595 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 882-2992
Facsimile: (415) 882-2992
e-mail: lnord@mjmlaw.us
e-mail: ahallmon@mjmlaw.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY WELFARE FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND; AND BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY LABOR MANAGEMENT COOPERATION COMMITTEE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TT COMMERCIAL, INC., a California corporation; and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation,<br><br>　　　　　Defendants. | No. C13-4307 DMR<br><br>**ORDER GRANTING STAY OF PROCEEDING AGAINST TT COMMERCIAL, INC.** |

   Defendant TT Commercial, Inc., a California corporation, filed a petition for relief under Chapter 7 of the Bankruptcy Act on October 31, 2013.

ORDER GRANTING STAY OF PROCEEDING - Case No. C 13-4307 DMR                    Page 1

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. All proceedings against TT Commercial, Inc. in the above-captioned matter, be stayed pending final disposition of Case No. 9:13-bk-12704-RR which is currently under submission before the United States Bankruptcy Court in the Central District of California, Northern Division. The parties shall advise the Court immediately when the automatic stay pursuant to 11 U.S.C. § 362 is lifted.

Dated: November 13, 2013

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE