UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br><br>       Plaintiff(s),<br><br>v.<br><br>TT COMMERCIAL INC,<br><br>       Defendant(s).<br>_____/ | No. C-13-04307 DMR<br><br>**AMENDED ORDER ADMINISTRATIVELY CLOSING CASE** |

The court is in receipt of the parties' stipulation for partial dismissal of Defendant American Contractors Indemnity Company. [Docket No. 33.] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties may voluntarily dismiss an action against a defendant by stipulation of dismissal signed by all parties who have appeared, so no court action is necessary. The Case Management Conference previously scheduled for April 9, 2014 has been VACATED. The only Defendant remaining in this case is TT Commercial, Inc. The court has previously stayed all proceedings against TT Commercial, Inc. pending final disposition of its bankruptcy petition. [Docket No. 23.] The court orders the administrative closure of this case. The parties shall reopen the case by filing a joint status report within **seven days** of the lifting of the automatic bankruptcy stay.

      IT IS SO ORDERED.

Dated: April 4, 2014

_____
DONNA M. RYU
United States Magistrate Judge